GILBERT *et al.,* tax-assessors, *v.* NORTHWESTERN MUTUAL LIFE INSURANCE CO.

No. 13155. March 13, 1940.

Judge Pratt was designated for this case, instead of Justice Duckworth, disqualified.

*Spalding, Sibley, Troutman & Brock, E. Harold Sheals, W. S. Northcutt,* and *Standish Thompson,* for plaintiffs.

*MacDougald, Troutman & Arkwright,* for defendant.

PRATT, Judge. The answer to the question propounded depends on a determination of the powers conferred by statute upon the board of arbitrators provided by section 6 of the tax-equalization act (Ga. L. 1913, p. 123; Code, § 92-6912). Whether or not other reasons urged are meritorious, it follows from what is stated in the headnotes that the certified question must be

*Answered in the negative.*

*Reid, C. J., Atkinson, P. J., and Bell, Jenkins, and Grice, JJ., concur.*